1   BINGHAM McCUTCHEN LLP
    JAMES L. HUNT (SBN 40866)
2   ANTHONY T. FALZONE (SBN 190845)
    GISELLE FAHIMIAN (SBN 225572)
3   Three Embarcadero Center
    San Francisco, California  94111-4067
4   Telephone:  (415) 393-2000
    Facsimile:   (415) 393-2286
5
    Attorneys for Plaintiffs
6   ELECTRONIC ARTS INC.
    and POGO CORPORATION, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12   ELECTRONIC ARTS INC. and POGO          No. C 04-1247 JCS
     CORPORATION, INC.,
13                                          [PROPOSED] ORDER GRANTING
                                            PLAINTIFFS' REQUEST FOR ORDER
              Plaintiffs,                   CHANGING TIME
14        v.

15   JASON C. DENLINGER, JIM VIDMAR,
     ANDREA VIDMAR, and POGOPAL, INC.,
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

_____
         [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ORDER CHANGING TIME
                             (Case No. C 04-1247 JCS)

SF/21636183.1

1

2          Upon consideration of Plaintiffs' Request for Order Changing Time and the

3   declaration in support thereof, the deadline for submitting supplemental briefing and declarations

4   in support of Plaintiffs' Motion for Default Judgment is hereby extended by one week to **Friday,**

5   **September 30, 2005**.

6

7   **IT IS SO ORDERED.**

8

9   DATED:  September 20        , 2005.

10

11                                                        By: _____

                                                                Magistrate Judge Joseph C. Spero
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST FOR ORDER CHANGING TIME
(Case No. C 04-1247 JCS)